

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2105

No. 04-15-00098-CV

**EX PARTE** Armando **HERNANDEZ**

Original Habeas Corpus Proceeding[1]

**ORDER**

On February 26, 2015, relator filed a petition for writ of habeas corpus. The court has considered relator's petition and the record materials submitted to this court and is of the opinion that relator is entitled to relief. Accordingly, the petition for writ of habeas corpus is GRANTED. *See* TEX. R. APP. P. 52.8(c).

It is ORDERED that Hernandez be released from custody under the trial court's Order for Contempt and for Commitment to County Jail entered in Cause No. 2014-CI-17077, styled *Armando Hernandez and Nancy Hernandez v. Mario Saldivar, Fernando Saldivar, Jorge Calderon and Jorge Saldivar*, filed in the 150th Judicial District Court, Bexar County, Texas. It is FURTHER ORDERED that Hernandez be released from the $1000 bond posted in this court.

It is so **ORDERED** on March 25, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th20 day of March, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-17077, styled *Armando Hernandez and Nancy Hernandez v. Mario Saldivar, Fernando Saldivar, Jorge Calderon and Jorge Saldivar*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.